RON SUNG, ESQ.
Nevada State Bar No. 13047C
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
*Attorneys for Johnnie Mathis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHNNIE MATHIS, Relator, and JOHNNIE MATHIS, Plaintiffs, v. MR. PROPERTY, INC., a Nevada Corporation, Defendant. | CASE NO.: 2:14-CV-00245-MMD-NJK |

### MOTION FOR EXTENSION OF TIME TO FILE
### A RESPONSE TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS
# AND ORDER

NOW Comes the Plaintiff, JOHNNIE MATHIS, and his attorney, RON SUNG, ESQ., of Nevada Legal Services, Inc., and for his Motion for Extension of Time to File a Response to Defendant's Rule 12(b)(6) Motion to Dismiss, say:

1. That the Defendant, MR. PROPERTY, INC., filed a Rule 12(b)(6) Motion to Dismiss on August 29, 2014.

2. That the Plaintiff has until September 12, 2014, to respond.

1

3.    That the Plaintiff is asking for an additional seven days or until September 19, 2014, to file a response to Defendant's Rule 12(b)(6) Motion to Dismiss.

4.    That Defendant's attorney, P. STERLING KERR, ESQ., has agreed to this extension.

WHEREFORE, Plaintiff, JOHNNIE MATHIS, prays that this Court enter an Order granting the Plaintiff an additional seven days or until September 19, 2014, to file a response to Defendant's Rule 12(b)(6) Motion to Dismiss

Respectfully Submitted,

_____
RON SUNG, ESQ.
Nevada State Bar No. 13047C
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
*Attorneys for Johnnie Mathis*

## ORDER

**IT IS SO ORDERED** this 10th day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court