RON SUNG, ESQ.
Nevada State Bar No. 13047C
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
*Attorneys for Johnnie Mathis*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JOHNNIE MATHIS, Relator,<br><br>and<br><br>JOHNNIE MATHIS,<br><br>Plaintiffs,<br><br>v.<br><br>MR. PROPERTY, INC., a Nevada Corporation,<br><br>Defendant. | CASE NO.: 2:14-CV-00245-MMD-NJK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiff Johnnie Mathis, by and through his counsel of record, Ron Sung, Esq., of Nevada Legal Services, Defendant Mr. Property, Inc., by and through its counsel of record, P. Sterling Kerr, Esq., of the Law Offices of P. Sterling Kerr, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-referenced action shall be dismissed with prejudice. Please note that the United States will be filing a consent to dismissal shortly thereafter.

6/26/2015
Date

_____
RON SUNG, ESQ.
Nevada State Bar No. 13047C

1

I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
Attorneys for Johnnie Mathis

_6/23/15_
Date

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
BRADLEY MARX, ESQ.
Nevada Bar No. 12999
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Attorneys for Mr. Property, Inc.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/06/2015.

2